| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                                 **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **VILLA BELLINI RISTORANTE & LOUNGE, INC.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1424045** |
| 4. | Debtor's address | **Principal place of business**  **2930 GULF TO BAY BLVD.**  **Clearwater, FL 33759**  Number, Street, City, State & ZIP Code  **Pinellas**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor   **VILLA BELLINI RISTORANTE & LOUNGE, INC.**　　　　　　　　　Case number (*if known*)
　　　　　Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　☐ A plan is being filed with this petition.
　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **VILLA BELLINI RISTORANTE & LOUNGE, INC.**    Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other  _____

  **Where is the property?**  _____
                             Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency  _____
             Contact name      _____
             Phone             _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **VILLA BELLINI RISTORANTE & LOUNGE, INC.**        Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 24, 2019**
                 MM / DD / YYYY

**X /s/ VINCENT ADDONISIO**                                **VINCENT ADDONISIO**
Signature of authorized representative of debtor               Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X /s/ Michael P. Brundage**                              Date **July 24, 2019**
Signature of attorney for debtor                                           MM / DD / YYYY

**Michael P. Brundage 611621**
Printed name

**Brundage Law, PA**
Firm name

**100 Main Street Suite 204**
**Safety Harbor, FL 34695**
Number, Street, City, State & ZIP Code

Contact phone   **727-250-2488**        Email address   **mpbrundagelaw@gmail.com**

**611621 FL**
Bar number and State

Fill in this information to identify the case:
Debtor name: **VILLA BELLINI RISTORANTE & LOUNGE, INC.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| ALSCO<br>660 4TH STREET SOUTH<br>Saint Petersburg, FL 33711 | | | | | | $1,943.31 |
| AMERICA CIUSINE<br>810 TRAVELER'S BLVD. SUITE C<br>Saint Petersburg, FL 33711 | | | | | | $2,400.00 |
| CHENEY BROTHERS<br>One Cheney Way<br>Punta Gorda, FL 33982 | | | | | | $4,702.40 |
| CITI BANK<br>PO BOX 9001037<br>Louisville, KY 40290-1037 | | | | | | $8,000.00 |
| FIDELITY BANK<br>PO BOX 105690<br>Atlanta, GA 30348 | | | | | | $12,000.00 |
| FIDELITY BANK<br>PO BOX 105075<br>Atlanta, GA 30348 | | | | | | $12,000.00 |
| FLORIDA DEPARTMENT OF REVENU<br>5050 WEST TENNESSEE STREET<br>Tallahassee, FL 32399 | | | | | | $200,000.00 |
| HOLLAND & KNIGHT LLP<br>PO BOX 864084<br>Orlando, FL 32886-4084 | | | | | | $551,112.00 |

Debtor  **VILLA BELLINI RISTORANTE & LOUNGE, INC.**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JAN PRO** **6908 W LINEBAUGH AVE** **Tampa, FL 33625** | | | | | | $1,738.75 |
| **MARCO MARZOCCA CUNI** **3545 LANDMARK TRAIL** **Palm Harbor, FL 34684** | | | | | | $242,328.00 |
| **MARCO MARZOCCA CUNI** **3545 LANDMARK TRAIL** **Palm Harbor, FL 34684** | | | | | | $75,000.00 |
| **MR. GREENS PRODUCE** **1702 JIM JOHNSON ROAD** **Plant City, FL 33566** | | | | | | $1,765.25 |
| **QAMM PROPERTIES INC** **PO BOX 15526** **Clearwater, FL 33766** | | | | | | $328,720.18 |
| **QAMM PROPERTIES INC** **PO BOX 15526** **Clearwater, FL 33766** | | | | | | $246,777.00 |
| **R.J. LANGE & SON** **11 BAYSHORE DRIVE** **Ozona, FL 34660** | | | | | | $1,888.42 |
| **SPECTRUM REACH** **1001 MOREHEAD SQUARE DR** **SUITE 500** **Charlotte, NC 28202** | | | | | | $6,563.25 |
| **SUTTER'S QUALITY FOOD** **6830 RICHARDSON RD.** **Sarasota, FL 34240** | | | | | | $1,731.83 |
| **SYNOVUS BANK** **PO BOX 120** **Columbus, GA 31902** | | | | | | $8,507.54 |

Debtor **VILLA BELLINI RISTORANTE & LOUNGE, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VINCENT ADDONISIO**<br>**213 SIGNATURE COURT**<br>**Safety Harbor, FL 34695** | | | | | | **$678,054.00** |
| **VINCENT ADDONISIO**<br>**213 SIGNATURE COURT**<br>**Safety Harbor, FL 34695** | | | | | | **$225,000.00** |

VILLA BELLINI RISTORANTE & LOUNGE
2930 GULF TO BAY BLVD.
Clearwater, FL 33759

CLEARWATER POLICE
645 PIERCE STREET
Clearwater, FL 33756

JAN PRO
6908 W LINEBAUGH AVE
Tampa, FL 33625

Michael P. Brundage
Brundage Law, PA
100 Main Street Suite 204
Safety Harbor, FL 34695

COZZININ BROTHERS
350 HOWARD AVENUE
Des Plaines, IL 60018

MARCO MARZOCCA CUNI
3545 LANDMARK TRAIL
Palm Harbor, FL 34684

ALSCO
660 4TH STREET SOUTH
Saint Petersburg, FL 33711

CREEPY CREATURES PEST CONTRO
2929 BRADFORD CIRCLE
Palm Harbor, FL 34685

MARCO MARZOCCA CUNI
3545 LANDMARK TRAIL
Palm Harbor, FL 34684

AMERICA CIUSINE
810 TRAVELER'S BLVD. SUITE C
Saint Petersburg, FL 33711

FIDELITY BANK
PO BOX 105075
Atlanta, GA 30348

MASSIMO COFFEE
1241 TELLAVAST ROAD
SARASOTA, FL 34243

ARCIERI & ASSOCIATES
28870 US 19 NORTH SUITE 362
Clearwater, FL 33761

FIDELITY BANK
PO BOX 105690
Atlanta, GA 30348

MOFFA SUTTON & DONINI PA
100 W CYPRESS CREEK RD
SUITE 930
Fort Lauderdale, FL 33309

BERKSHIRE HATHAWAY INS
PO BOX 785570
PHILADELPHIA, PA

FLORIDA DEPARTMENT OF REVENU
5050 WEST TENNESSEE STREET
Tallahassee, FL 32399

MR. GREENS PRODUCE
1702 JIM JOHNSON ROAD
Plant City, FL 33566

CHASE & ASSOCIATES
2520-V N MCMULLEN BOOTH RD
Clearwater, FL 33761

FREEDOM PAY
2929 WALNUT STREET 14TH FLOO
Philadelphia, PA 19104

NUCO2
3600 WORD DRIVE #C
Fort Myers, FL 33916

CHENEY BROTHERS
One Cheney Way
Punta Gorda, FL 33982

HOLLAND & KNIGHT LLP
PO BOX 864084
Orlando, FL 32886-4084

PALM PAPER SUPPLY
4631 PANORAMA AVENUE
Holiday, FL 34690

CITI BANK
PO BOX 9001037
Louisville, KY 40290-1037

IPFS CORP
PO BOX 412086
Kansas City, MO 64141-2086

PIPER FIRE PROTECTION
13075 US 19 NORTH
Clearwater, FL 33764

PRIME LINE DIST
2800 SW 42ND STREET
Fort Lauderdale, FL 33312

VINCENT ADDONISIO
213 SIGNATURE COURT
Safety Harbor, FL 34695

QAMM PROPERTIES INC
PO BOX 15526
Clearwater, FL 33766

VINCENT ADDONISIO
213 SIGNATURE COURT
Safety Harbor, FL 34695

QAMM PROPERTIES INC
PO BOX 15526
Clearwater, FL 33766

VINOVERITAS
12340 66TH ST N
Largo, FL 33773

R.J. LANGE & SON
11 BAYSHORE DRIVE
Ozona, FL 34660

WASTE PRO
5170 126TH AVE N
Clearwater, FL 33760

SOUTH CENTRAL A/V
1414 TECH BLVD.
Tampa, FL 33619

WINE MAKERS IMPORT
1241 TELLEVAST ROAD
Sarasota, FL 34243

SPECTRUM REACH
1001 MOREHEAD SQUARE DR
SUITE 500
Charlotte, NC 28202

SUTTER'S QUALITY FOOD
6830 RICHARDSON RD.
Sarasota, FL 34240

SYNOVUS BANK
PO BOX 120
Columbus, GA 31902

Thompson, Sizemore, Gonzalez
201 N. FRANKLIN ST.
SUITE 1600
Tampa, FL 33602

# United States Bankruptcy Court
## Middle District of Florida

In re  **VILLA BELLINI RISTORANTE & LOUNGE, INC.**                                Case No.
                                            Debtor(s)                             Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **VILLA BELLINI RISTORANTE & LOUNGE, INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CIRO MANCINI**
**1051 TOSCANO DRIVE**
**New Port Richey, FL 34655**

**MARCO MARZOCCA CUNI**
**3545 LANDMARK TRAIL**
**Palm Harbor, FL 34684**

**VINCENT ADDONISIO**
**213 SIGNATURE COURT**
**Safety Harbor, FL 34695**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 24, 2019** | **/s/ Michael P. Brundage** |
| Date | **Michael P. Brundage 611621** |
| | Signature of Attorney or Litigant |
| | Counsel for   **VILLA BELLINI RISTORANTE & LOUNGE, INC.** |
| | **Brundage Law, PA** |
| | **100 Main Street Suite 204** |
| | **Safety Harbor, FL 34695** |
| | **727-250-2488 Fax:855-603-3215** |
| | **mpbrundagelaw@gmail.com** |