

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/29/2019 02:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-06943-CPM** | 11 | 07/24/2019 |

**Chapter 11**

**DEBTOR:**    Villa Bellini Ristorante & Lounge, Inc.

**DEBTOR ATTY:**    **Michael Brundage**

**TRUSTEE:**    NA

**HEARING:**

Application to Employ Michael P. Brundage as Counsel for Debtor Filed by Michael P Brundage on behalf of Debtor Villa Bellini Ristorante & Lounge, Inc. (Brundage, Michael) Doc #12; Obj 32)

**APPEARANCES:**:
MICHAEL BRUNDAGE; SCOTT STICHTER; NATHAN WHEATLEY..

**RULING:**
Application to Employ Michael P. Brundage as Counsel for Debtor Filed by Michael P Brundage on behalf of Debtor Villa Bellini Ristorante & Lounge, Inc. (Brundage, Michael) Doc #12; Obj 32).. APPROVED..ORDER BY BRUNDAGE..
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.