ORDERED.

**Dated:  September 04, 2019**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re                                                                Chapter 11

VILLA BELLINI
RISTORANTE & LOUNGE, INC.                    Case No: 19-bk-0643-CPM

Debtor

**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY**
**BRUNDAGE LAW, P.A. AS DEBTOR'S COUNSEL**

**THIS MATTER** came before the Court on August 29, 2019 at 2:30 p.m. for a hearing on

the *Debtor's Application To Employ Brundage Law, P.A. As Counsel* (Doc.# 12) (the

"Application") to which an interested party, Ciro Mancini ("Mancini") filed his *Objection*

*To Application To Employ Brundage Law, P.A. As Counsel For Debtor* (Doc. #32) (the

"Objection"). Michael P. Brundage appeared on behalf of the Debtor, Scott Stichter

appeared on behalf of Mancini and Nathan Wheatley appeared on behalf of the US

Trustee. The Debtor announced to the Court that it had reached a resolution of the

Objection with Mancini such that the Application should be approved on the terms set

forth in this Order. Therefore, for the reasons stated in open court, which shall constitute

this Court's ruling, and with the Court being otherwise fully advised in the premises, it is

hereby

**ORDERED** that:

1.      Subject to and in consideration of the other provisions of this Order, the

Application is hereby **APPROVED** and the Objection is hereby **OVERRULED.**

2.      In order to be disinterested persons as required in 11 U.S.C. §327(a),

Brundage Law, P.A. and Michael P. Brundage shall represent solely the Debtor and shall

not represent any other party in interest to this case including QAMM Properties, Inc.,

Vincent Addonisio, Marco Marzocca Cuni, Russell Quaglia and Francesco Arcieri.

3.      Brundage Law, P.A. and Michael P. Brundage agree to acquire written

conflict of interest waivers from the non-Debtor parties listed in paragraph 2 above and to

provide copies of such waivers to the US Trustee through Mr. Wheatley.

**Attorney Michael P. Brundage, Esq. shall serve a copy of this Order within 3 business days of its entry.**