**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

                                   Chapter 11

Villa Bellini Ristorante & Lounge, Inc.        Case No: 8-19-bk-06943-CPM

Debtor,

_____/

**DEBTOR'S NOTICE OF ISSUANCE OF RULE 2004**
**SUBPOENAS FOR PRODUCTION OF DOCUMENTS**
**(PERZEL & ECKARD FORENSIC CPA'S, LLC AND CHARLENE ECKARD CPA)**

      **PLEASE TAKE NOTICE** that the Debtor, **VILLA BELLINI RISTORANTE &**
**LOUNGE, INC.** (the "Debtor") pursuant to Rule 45(a)(4), Federal Rules of Civil Procedure and
Rules 2004 and 9016, Federal Rules of Bankruptcy Procedure, hereby gives notice that it has this
day issued the Subpoenas attached hereto as **Composite Exhibit "A"** and intends to serve them
forth with.

DATED: September 16, 2019

                                   Respectfully submitted,

                                   *s/s Michael P. Brundage, Esq.*
                                   Michael P. Brundage, Esq.
                                   Florida Bar No. 611621
                                   BRUNDAGE LAW, P.A.
                                   100 Main Street, Suite 204
                                   Safety Harbor, Florida 34695
                                   (727) 250-2488 telephone
                                   mpbrundagelaw@gmail.com
                                   Attorneys for Debtor in Possession

## Certificate of Service

**I HEREBY** certify that on September 16, 2019 I filed the preceding Notice of Issuance of Subpoena via this Court's CM/ECF filing system and as a result this Notice was served electronically on all parties receiving electronic service in this case.

*s/s Michael P. Brundage*
Michael P. Brundage, Esq.

**<u>COMPOSITE EXHIBIT "A"</u>**